IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED WARRANT MATERIALS | Case No. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2019, I caused true and correct copies of the foregoing Motion for Public Access to Certain Sealed Warrant Materials, along with true and correct copies of the Memorandum of Points and Authorities in support thereof, the proposed order, and the Corporate Disclosure Statement, to be served via electronic mail and U.S. Mail on the following:

Robert S. Mueller III
Jeannie S. Rhee
Andrew D. Goldstein
L. Rush Atkinson
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue, NW
Room B-103
Washington, DC 20530
(202) 616-0800
jsr@usdoj.gov
adg@usdoj.gov
lra@usdoj.gov

Andrea M. Griswold
Nicholas T.L. Roos
Rachel Maimin
Thomas McKay
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2200

andrea.griswold@usdoj.gov
nicholas.roos@usdoj.gov
rachel.maimin@usdoj.gov
thomas.mckay@usdoj.gov

*Counsel for the United States*

Michael Monico
Barry Spevack
Monico & Spevack
20 South Clark Street, Suite 700
Chicago, IL 60603
(312) 782-8500
mm@monicolaw.com
bspevack@monicolaw.com

*Counsel for Michael D. Cohen*

By:   /s/ Jay Ward Brown

Jay Ward Brown (D.C. Bar No. 437686)
brownjay@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post*