IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED WARRANT MATERIALS | Case No. |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2019, upon consideration of the Motion for Public Access to Certain Sealed Warrant Materials and the Memorandum of Points and Authorities in support thereof, it is hereby ORDERED that the motion is GRANTED and the Clerk of the Court shall unseal the Warrant Materials as further ordered by the Court, and it is further ORDERED that the Clerk of the Court shall unseal all portions of the Warrant Materials no later than three months after the date of this Order in the absence of a further Order of this Court.

_____
United States District Judge